FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                  Plaintiff,  )<br>  )<br>         v.  )<br>  )<br>ALFREDO ARTEAGA,  )<br>  )<br>                  Defendant.  )<br>_____) | NO.: 10-0585M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his supervised release; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1       based on his failure to proffer any evidence to meet his burden
2       on this issue;
3       and
4 B.   (X)   The defendant has not met his burden of establishing by
5       clear and convincing evidence that he is not likely to pose a
6       danger to the safety of any other person or the community if
7       released under 18 U.S.C. § 3142(b) or (c). This finding is
8       based on his failure to proffer any evidence to meet his burden
9       on this issue.

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: March 19, 2010

*Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord        2